Case 7:19-cr-00195-KMK Document 101 Filed 08/21/26 Page 1 of 1

**LAW OFFICES**
**JOHN S. WALLENSTEIN**
**1100 FRANKLIN AVENUE**
**GARDEN CITY, NEW YORK 11530**
**(516) 742-5600 FAX (516) 742-5040**
**EMAIL: JSWallensteinEsq@outlook.com**

August 21, 2026

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

**Re: United States v. John Estrella (VOSR)**
**Docket # 19 CR 195 (KMK)**

Dear Judge Karas;

This matter is scheduled for conference on August 27. Mr. Estrella has an ongoing state case, the resolution of which is expected to affect the disposition of this Violation. We therefore request an adjournment of this matter, so that the state case can be resolved and we may move forward.

I have discussed this issue with AUSA Isabelle Lelogeais, and the Government agrees that it would be prudent to adjourn at this time.

Ms. Bordes advises that the Court is available on October 20, 2026 at 2:00 p.m., and all counsel and Probation are likewise available.

Thank you for your courtesy and consideration.

Respectfully yours,

John S. Wallenstein
JOHN S. WALLENSTEIN

JSW/hs

cc: AUSA Isabelle Lelogeais (by ECF)
USPO Asia Williams (by email)

The Court will hold a VOSR conference on 10/27/26 at 2:00 please disregard any prior dates

SO ORDERED:

HON. KENNETH M. KARAS U.S.D.J.
8/27/2026